UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE, | No. 2:22-cv-01784-TLN-JDP |
| Petitioner, | |
| v. | **ORDER** |
| NINTH CIRCUIT COURT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 4, 2023, (ECF No. 6) are adopted in full;

1

2. This action is DISMISSED without prejudice for failure pay the filing fee and failure to comply with Court orders;

3. The Clerk of Court is directed to close the case; and

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**DATED: February 7, 2023**

Troy L. Nunley
United States District Judge